```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-27-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IDEA NUOVA, INC.

                        Plaintiff-Respondent,        08 Civ. 8595 (PKC)

    -against-

                                                        ORDER

GM LICENSING GROUP, INC.

                        Defendant-Petitioner.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.:

        I have reviewed the submissions of plaintiff, including the declaration and memorandum of law. Under the authority of CPLR § 5240, I will limit the use of CPLR § 5222 restraining notices (assuming <u>arguendo</u> that their use would be lawful in this case) and vacate any notices heretofore served. The absence of a final judgment in this case and the availability of a supersedeas bond once final judgment is entered leads me to conclude that the burden on non-party garnishees outweighs the plaintiff's need in this case. All other relief sought by plaintiff is denied.

        I invite plaintiff's counsel to submit a proposed final judgment through the Court's judgment clerk and on notice to opposing counsel.

        SO ORDERED.

                                                            P. Kevin Castel
                                                        United States District Judge

Dated: New York, New York
         October 26, 2009